**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-10609-JCM |
| | : | |
| **Michael Palmiter,** | : | CHAPTER 13 |
| Debtor, | : | |
| | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**THE UNDERSIGNED KINDLY REQUESTS THAT** my appearance be entered on behalf of Michael Palmiter and that an entry be made on the Clerk's Matrix system to include the undersigned's name and address for mailing of any notices.

Respectfully Submitted,

Date: March 14, 2025

*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtor