**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**ERIE DIVISION**

| | |
|---|---|
| In Re:<br><br>Michael Palmiter<br><br>                            Debtor(s) | Case No.: 21-10609-JCM<br><br>Chapter 13 |

**NOTICE OF CREDITOR'S ADDRESS CHANGE**

PLEASE TAKE NOTICE that the address of the US Bank Trust Company, N.A., as Trustee, c/o Carrington Mortgage Services, LLC (Secured Creditor) (Claim No. 4) has changed for both notices and payments.

      The old address was:

                  Carrington Mortgage Services, LLC

                  1600 S. Douglass Road, Suites 110 & 200-A

                  Anaheim, CA 92806

      The new address is:

                  Carrington Mortgage Services, LLC

                  500 N. State College Blvd., Suites 1030, 1300 and 1400

                  Orange, CA 92868

Please update your records accordingly.

Dated:  1/26/2026                            **Liepold Harrison & Associates PLLC**

                                    */s/  Tawakoni Hill*
                                    Tawakoni Hill
                                    370 W. Las Colinas Blvd., Ste. 220
                                    Irving, TX 75039
                                    e. PCNinquiries@lha-law.com
                                    Authorized Representative of Secured Creditor