**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MICHAEL PALMITER

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:21-10609

Document No.:

## TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/30/2021 and confirmed on 01/26/2022 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 131,722.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 131,722.00 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,162.77 | |
| Trustee Fee | 7,011.72 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,174.49 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| US BANK NA LEGAL TITLE TRUSTEE-TRU<br>Acct: 5189 | 125,086.39 | 84,967.27 | 22,056.40 | 107,023.67 |
| US BANK NA LEGAL TITLE TRUSTEE-TRU<br>Acct: 5189 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 107,023.67 |
| Priority | | | | |
| DANIEL P FOSTER ESQ**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MICHAEL PALMITER<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MICHAEL PALMITER<br>Acct: | 5.00 | 0.00 | 0.00 | 0.00 |
| MCELRATH LEGAL HOLDINGS LLC++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PAUL W MCELRATH JR ESQ++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PAUL W MCELRATH JR ESQ++<br>Acct: | 4,162.77 | 4,162.77 | 0.00 | 0.00 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Priority | | | | |
| US BANK NA LEGAL TITLE TRUSTEE-TRU | 0.00 | 13,518.84 | 0.00 | 13,518.84 |
| Acct: 5189 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXXXXX0609 | | | | |
| | | | | 13,523.84 |
| Unsecured | | | | |
| ECMC(*) | 70,098.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6398 | | | | |
| CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2760 | | | | |
| US DEPARTMENT OF EDUCATION/MOHEL | 84,438.21 | 0.00 | 0.00 | 0.00 |
| Acct: 6398 | | | | |
| VERIZON BY AMERICAN INFOSOURCE - A | 96.46 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| EMMANUEL ARGENTIERI ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MATTHEW M HERRON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS 120,547.51

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 5.00 |
| SECURED | 125,086.39 |
| UNSECURED | 154.632.67 |

Date: 08/18/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com